THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN                                              JS-6
Assistant United States Attorney
Chief, Civil Division
CAROL A. CHEN (Cal. Bar No. 212720)
Assistant United States Attorney
    Room 7516 Federal Building
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2428
    Facsimile:  (213) 894-7819
    E-mail: carol.chen@usdoj.gov

Attorneys for FEDERAL DEFENDANTS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KHANIAN, LALA | ) CV No. 07-07498 GPS (MANx) |
| A# 070-196-325, | ) **[~~PROPOSED~~]  ORDER  RE:** |
|  | ) **STIPULATION OF DISMISSAL** |
|             Plaintiff, | ) |
|  | ) |
|     v. | ) |
|  | ) |
| JANE  ARELLANO,  DISTRICT | ) |
| DIRECTOR  OF  UNITED  STATES | ) |
| CITIZENSHIP AND IMMIGRATION | ) |
| SERVICES  ("USCIS")  IN  LOS | ) |
| ANGELES, CALIFORNIA ET AL, | ) |
|  | ) |
|  | ) |
|             Defendants. | ) |

Based on the stipulation concurrently lodged, and good cause appearing, IT IS ORDERED that the entire action be dismissed without prejudice, with each party to bear its own costs and fees, including attorney fees.

Dated: January _11_, 2008

GEORGE P. SCHIAVELLI
_____
Hon. George P. Schiavelli
United States District Judge